UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MEDICINE SHOPPE INTERNATIONAL, INC., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | Case No. 4:09MC00102 ERW |
| TURNER INVESTMENTS, INC., et al., | ) ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated

herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Medicine Shoppe

International, Inc.'s Application to Confirm Arbitration Award [doc. #2] is **GRANTED.**  The

Award of Arbitrator entered on January 30, 2009 is confirmed in its entirety.  Judgment is granted

in favor of Medicine Shoppe International, Inc. and against Respondents Turner Investments Inc.

and Donnie Turner, in the amount of $472,164.42.

Dated this 7th day of May, 2009.


_E. Richard Webber_
_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE